**No. 67963.**—General Chain Sales Corp. *v.* United States, protest 62/12567 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items of merchandise consist of conveyor chains or parts thereof, made of steel,

and that they are either more than 2-inch pitch, or are not over 2-inch pitch but contain over 3 parts per pitch and are valued at 40 cents or more per pound, similar in all material respects to those the subject of *General Chain & Belt Co.* v. *United States* (42 Cust. Ct. 115, C.D. 2074), the claim of the plaintiff was sustained.